JULIA GARCIA, PETITIONER-PETITIONER, v. JULIUS SCHMID, INC., RESPONDENT-RESPONDENT.

*Messrs. David & Albert L. Cohn* and *Mr. Richard Lifland* for the petitioner.

*Mr. Isidor Kalisch* for the respondent.

January 15, 1964. Denied.

EDWARD D. PADGETT, PLAINTIFF-PETITIONER, v. FRANKLIN VILLAGE, INC., DEFENDANT-RESPONDENT.

*Mr. Edward D. Padgett in propria persona.*

*Mr. Francis X. Journick* for the respondent.

January 15, 1964. Denied.